# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

10 JUL 19 AM 9: 56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Magistrate's Case No. _____ |
| vs. | ) COMPLAINT FOR VIOLATION OF |
| | ) 18 U.S.C 554 |
| Norman Eduardo FIGUEROA | ) |
| | ) Smuggling Goods From the United States |
| | ) |
| | ) |

**'10 MJ 2436**

The undersigned complainant being duly sworn states:

## COUNT ONE

That on or about July 17, 2010, within the Southern District of California, defendant Norman Eduardo FIGUEROA did knowingly and intentionally attempt to export firearms, ammunition and firearm related paraphernalia out of the United States, contrary to Title 22, United States Code, Section 2778, a law or regulation of the United States; in violation of Title 18 United States Code, Section 554.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this ___18th___ day of ___July___, 2010.

_____
United States Magistrate Judge

DOA 07-17-10 gg

United States of America
         VS.
Norman Eduardo FIGUEROA

<u>PROBABLE CAUSE STATEMENT</u>

On July 17, 2010, at approximately 12:30 p.m., Norman Eduardo FIGUEROA attempted to enter Mexico from the United States through the San Ysidro Port of Entry (POE) as the driver and sole occupant of a silver 2003 Nissan 350Z bearing California license plate 6LZF923. While performing outbound operations, a U.S. Customs and Border Protection (CBP) Officer made contact with FIGUEROA on Interstate 5 South. The CBP Officer asked FIGUEROA where he was going and FIGUEROA stated, "Mexico". The CBP Officer then asked FIGUEROA where he was coming from and FIGUEROA stated, "My house in Chula Vista." FIGUEROA gave the CBP Officer two negative Customs declarations, twice stating he was not bringing any currency, weapons or ammunition. The CBP Officer then referred the vehicle over to the side of the freeway for further inspection. The CBP Officer discovered various weapons and ammunition during the inspection of the vehicle, inside the natural factory compartments. Records checks revealed that the types of weapons discovered are included on the United States Munitions List, the export of which is governed by Title 22, United States Code, Section 2778. Further records checks on FIGUEROA revealed that he has not been issued a license for export of any weapons or ammunition, as required by Title 22, United States Code, Section 2778.

Post Miranda, FIGUEROA stated that he was going to be paid $500.00 (USD) to drive the silver 2003 Nissan 350Z bearing California license plate 6LZF923 into Mexico from the

United States.  FIGUEROA stated he knew he was doing something illegal and he was told he would be smuggling currency into Mexico.

FIGUEROA was arrested and charged with violation of Title 18 USC 554, Smuggling Goods from the United States, he is scheduled to be booked into the Metropolitan Correctional Center, San Diego, CA.

Executed on _07/18/2010_____ (date) at _1:25PM_ (time).

_____
Special Agent, Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 3 pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on _7/18/2010_____ in violation of Title _18_, United States Code, Section(s)_554_____.

_____          7/18/2010 at 1:25 p.m.
**United States Magistrate Judge**                **Date/Time**